IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEREMIAH PONDER, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00184-MTT-CHW |
| | * |
| JUDGE ROBERT S REE et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 6, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 6th day of June, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk